UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00445-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. HERIBERTO NIETO-FLORES,
   a/k/a Librado Hernandez-Pedroza,
   a/k/a Alexis Aquirre,
   a/k/a John Doe (1),

        Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#16)** on December 18, 2006 by Defendant Heriberto Nieto-Flores. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **January 29, 2007** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for January 3, 2007 and the January 8, 2007 trial date are **VACATED**.

Dated this 19th day of December, 2006

                                    **BY THE COURT:**

                                    *Marcia S. Krieger* (signature)

                                    Marcia S. Krieger
                                    United States District Judge