UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00445-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. HERIBERTO NIETO-FLORES,
   a/k/a Librado Hernandez-Pedroza,
   a/k/a Alexis Aquirre,
   a/k/a John Doe (1),

        Defendant.

## ORDER

THIS MATTER is before the Court on the Motion Requesting Expedited Sentencing Hearing **(#25).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#25) is GRANTED**. The sentencing currently set for **May 7, 2007 is VACATED** and reset to **April 9, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 28th day of March, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge